# United States Court of Appeals
## For the First Circuit

No. 17-1432

UNITED STATES,

Appellee,

v.

IDALIA MALDONADO-PEÑA,

Defendant, Appellant.

No. 17-1551

UNITED STATES,

Appellee,

v.

JUAN RIVERA-GEORGE, a/k/a TIO,

Defendant, Appellant.

No. 17-1681

UNITED STATES,

Appellee,

v.

SUANETTE RAMOS-GONZALEZ, A/K/A SUEI, A/K/A SUANETTE GONZALEZ-
RAMOS,

Defendant, Appellant.

No. 18-1184

UNITED STATES,

Appellee,

v.

CARLOS RIVERA-ALEJANDRO,

Defendant, Appellant.

———————————

No. 18-1496

UNITED STATES,

Appellee,

v.

JOEL RIVERA-ALEJANDRO, A/K/A "J",

Defendant, Appellant.

———————————

**ERRATA SHEET**

The opinion of this Court issued on June 30, 2021, is amended as follows:

On Page 4, line 24 through page 5, line 2, replace "The jury acquitted one defendant of all charges and convicted the other seven of some or all of the charges against them." with "The jury convicted seven defendants of some or all of the charges against them and the trial judge dismissed the charges against the eighth defendant."